AO 247 (NC/W 03/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Trone Lamon Donell Francis | ) | Case No: 1:99CR114-1 |
|  | ) | USM No: 15741-058 |
| Date of Previous Judgment: 3/19/01 | ) | Tanzania C. Cannon-Eckerle |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ❏ the Director of the Bureau of Prisons ❏ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
■ DENIED.  ❏ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __136__ months **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:  29            Amended Offense Level:  27
Criminal History Category:  IV         Criminal History Category:  IV
Previous Guideline Range:  121 to 151 months   Amended Guideline Range:  100 to 125 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
❏ The reduced sentence is within the amended guideline range.
❏ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❏ Other (explain):

**III. ADDITIONAL COMMENTS**

**IT IS SO ORDERED**.

Order Date:  August 27, 2008

Effective Date:  _____
(if different from order date)

Lacy H. Thornburg
United States District Judge